1

2

3

4

5

6

7       UNITED STATES DISTRICT COURT

8       SOUTHERN DISTRICT OF CALIFORNIA

9

10   RYAN BOUDREAU, on behalf                Case No.:  23-cv-681-WQH-DTF
     of himself and all others similarly

11   situated,                               **ORDER**

12                            Plaintiff,

13   v.

14   AMERICAN HOME SHIELD
     CORPORATION,

15

16                            Defendant.

17   HAYES, Judge:

18          Pursuant to the Stipulation of Dismissal Under Rule 41(A)(1)(a)(ii) (ECF No. 24)

19   filed by the parties,

20          IT IS HEREBY ORDERED that the stay of this action (*see* ECF No. 22 at 14) is

21   lifted.

22          IT IS FURTHER ORDERED that Plaintiff's claims against Defendant are dismissed

23   with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court

24   is directed to close this case.

25   Dated:  May 13, 2024

26                                           Hon. William Q. Hayes
                                             United States District Court
27

28

23-cv-681-WQH-DTF